# EXHIBIT

# 6

Oct. 28. 2011 6:02PM    2222222222222222222222222222222    N°0461    P. 2/2

S&H Farm Labor
1020 Navajo Ave.
Parker, AZ 85344

October 26, 2011

Dear Employees:

S&H would like to thank you for working with us for so many years. Because of problems with the company (Del Monte) we cannot continue operations.

Please contact Del Monte for this week's payment. The number is (623) 925-0900 and the address is 14550 W La Estrela, Goodyear, AZ 85338.

Sincerely,

Salvador Urena / Hermila Urena



                                                       S&H Farm Labor  
                                                       1020 Navajo Ave  
                                                       Parker Az 85344

October 26, 2011

Estimado Trabajadores:

        S&H Les da las gracias por aver trabajado con nosotros por tantos anos  
Por problemas con la compania(Del Monte) no podimos seguir operando

           Por favor de contatar a Del Monte por su pago de esta semana  
Al numero (623)925-0900 direcion es 14550 W La estrella ,Goodyear Az 85338

Sincerely,

Salvador Urena / Hermila Urena



# ProTranslating
## CERTIFICATE OF ACCURACY

The undersigned, Dr. Luis A. de la Vega, Chairman of ProTranslating, appearing on behalf of ProTranslating, hereby states, to the best of his knowledge and belief, that the foregoing is an accurate translation of the attached original document in the ___Spanish___ language, consisting of ___One___ pages, and that this is the last of the attached.

_____
Luis A. de la Vega, Ph. D.
Chairman
For ProTranslating

State of Florida
County of Miami-Dade

The foregoing certificate was acknowledged before me on this __23rd__ day of __November__, __2011__, by Dr. Luis A. de la Vega, Chairman of ProTranslating, a Florida corporation, on behalf of the corporation. He is personally known to me.

_____
Notary Public

My commission expires:



LYNX SOLIMAN
Notary Public - State of Florida
My Comm. Expires Apr 13, 2015
Commission # EE 84198

