UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-24252-CIV-LENARD/O'SULLIVAN

DEL MONTE FRESH PRODUCE
(SOUTHWEST), INC., an Arizona corporation,

    Plaintiff,

vs.

S&H FARM LABOR LLC, an Arizona
corporation d/b/a S&I Labor Contractor, et al.,

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, DEL MONTE FRESH PRODUCE (SOUTHWEST), INC., voluntarily dismisses the above-captioned action against Defendants, S&H FARM LABOR LLC, an Arizona corporation d/b/a S&I LABOR CONTRACTOR, HERMILA URENA, and SALVADOR URENA without prejudice.

Dated: May 22, 2012

          Respectfully submitted,

          **STACK FERNANDEZ ANDERSON**
            **& HARRIS, P.A.**
          1200 Brickell Avenue, Suite 950
          Miami, Florida  33131
          Tel.: (305) 371-0001/Fax:  (305) 371-0002
          Email: bstack@stackfernandez.com
          Email: sepelbaum@stackfernandez.com

          By:  s/ Sammy Epelbaum
              Brian J. Stack
              Fla. Bar No. 0476234
              Sammy Epelbaum
              Fla. Bar No. 0031524
              *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of May 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                        s/ Sammy Epelbaum
                                        Sammy Epelbaum
                                        Fla. Bar No. 0031524

## Service List

*Del Monte Fresh Produce (Southwest), Inc. v. S&H Farm Labor, LLC, et al.*
Case No. 11-24252-CIV-LENARD/O'SULLIVAN
United States District Court, Southern District of Florida

S & H Farm Labor LLC
c/o Mary Lee, CSR I
Arizona Corporation Commission
1300 W. Washington Street
Phoenix, Arizona 85007
*Defendant*

**Via U.S. Mail**